# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE DOZIER,<br><br>    Plaintiff,<br><br>    v.<br><br>CHI MAI, et al.,<br><br>    Defendants. | Case No. 1:23-cv-00759-JLT-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE SERVICE DOCUMENTS OR MOTION FOR EXTENSION, AND CONTINUING SCHEDULING CONFERENCE<br><br>**DEADLINE: AUGUST 15, 2023** |

Plaintiff filed this action on May 16, 2023.  (ECF No. 1.)  A scheduling conference is currently set for August 24, 2023.  (ECF No. 3.)  Plaintiff has not returned service documents and the Defendants have not appeared.

Rule 4(m) provides that "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  Fed. R. Civ. P. 4(m).  "But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."  Id.  The order setting the scheduling conference in this matter additionally provides that: "plaintiff shall diligently pursue service of the summons and complaint and dismiss those defendants against whom the plaintiff will not pursue claims . . .[and] plaintiff shall promptly file proofs of service of the summons and complaint so the Court has a record of service."  (ECF No. 3 at 1.)

Accordingly, IT IS HEREBY ORDERED that:

1. **On or before August 15, 2023**, Plaintiff shall file executed summonses or a motion to extend the service date of service on the Defendants;

2. The scheduling conference set for August 24, 2023, is continued to **September 27, 2023, at 11:30 a.m.**;

3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference; and

4. Plaintiff is further advised that failure to comply with this order may result in a recommendation of dismissal pursuant to Rule 4, and the issuance of sanctions.

IT IS SO ORDERED.

Dated:   **August 9, 2023**

UNITED STATES MAGISTRATE JUDGE