# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE DOZIER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHI MAI, et al.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00759-JLT-SAB<br><br>ORDER GRANTING EXTENSION OF TIME TO COMPLETE SERVICE AND CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 4, 5) |

　　　　Plaintiff Lee Dozier ("Plaintiff") initiated this litigation against Defendants Chi Mai and Hang Bui (collectively, "Defendants") on May 16, 2023. (ECF No. 1.)  The initial scheduling conference is currently set for September 27, 2023. (ECF No. 4.)  On August 9, 2023, the Court ordered Plaintiff to either file service documents in compliance with Federal Rule of Civil Procedure 4(m)[1] or request for an extension of time to complete service by August 15, 2023. (Id.)  On August 10, 2023, Plaintiff filed an *ex parte* application for additional time to serve Defendants.  (ECF No. 5.)  Plaintiff proffers his process server tried multiple times to serve Defendants but the attempts were unsuccessful because Defendants appeared to be on holiday. Plaintiff seeks additional time to confer with the process server and further attempt to effectuate

---

[1] Rule 4(m) provides that "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).  "But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Id.

service. The Court finds good cause exists to grant the requested relief, and shall continue the currently scheduling conference to permit time for service.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted an extension of time to complete service pursuant to Fed. R. Civ. P. 4(m);

2. The deadline for Plaintiff to complete service on Defendants shall be extended to **November 8, 2023**;

3. The scheduling conference set for September 27, 2023, is continued to **November 30, 2023**, at **2:30 p.m.** in **Courtroom 9**; and

4. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **August 10, 2023**

_____
UNITED STATES MAGISTRATE JUDGE