UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE DOZIER,<br><br>          Plaintiff,<br><br>    v.<br><br>CHI MAI, et al.,<br><br>          Defendant. | No.  1:23-cv-00759 DAD CKD<br><br><u>ORDER TO RESPOND</u> |

On January 16, 2024, Plaintiff filed a motion for default judgment against Defendant Chi Mai, which was set for hearing on February 21, 2024.  (ECF No. 18.)[1]  Under Local Rule 230(c), Defendant was required to file an opposition or statement of non-opposition to the motion no later than fourteen (14) days after the filing date of the motion, i.e. January 30, 2024.  Defendant did not file a timely opposition or statement of non-opposition. On February 5, 2024, the Court vacated the hearing on Plaintiff's unopposed motion for default judgment. (ECF No. 22.)

On February 20, 2024, Defendant first appeared in this action by filing a "non-negotiable notice of inquiry". (ECF No. 23.) On March 21, 2024, the Court issued an order to show cause directing Plaintiff to address why the Court should not decline to exercise supplemental jurisdiction over Plaintiff's Unruh Act. (ECF No. 24.) On April 4, 2024 Plaintiff filed his

---

[1] On January 16, 2024, Plaintiff voluntarily dismissed Defendant Hang Bui without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* ECF Nos. 17, 20.

1

response. (ECF No. 26.) Defendant also filed responses to the Court's order to show cause labeled as "non-negotiable notice of appearance" on March 27, 2024 and April 15, 2024. (ECF Nos. 25, 27.) On April 22, 2024, the Court issued Findings and Recommendations to Plaintiff's motion for default judgment. (ECF No. 28.) Plaintiff filed his objections (ECF No. 29) and Defendant filed a "Notice of Dishonor" (ECF No. 30).

It is evident to the Court that Defendant is seeking to participate in this matter. It is not clear, however, whether Defendant is seeking to oppose the motion due to Defendant's ambiguous filings. Out of an abundance of caution, and in light of the court's desire to resolve the action on the merits, the court provides Defendant one additional, final opportunity to oppose the motion. Accordingly, the Court will vacate its April 22, 2024 Findings and Recommendations in light of the above.

Defendant is cautioned that failure to respond to Plaintiff's motion for default judgment will be deemed as consent to a summary grant of the motion, and may result in the imposition of a default judgment against the Defendant. Any filings that are ambiguous and do not clearly state Defendant's intention to oppose the motion for default judgment will be construed as not opposing the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The April 22, 2024 Findings and Recommendations (ECF No. 28) are VACATED;
2. Any opposition by Defendant shall be filed no later than May 23, 2024, and the reply brief from Plaintiff, if any, is due by May 30, 2024;
3. Defendant is cautioned that failure to respond to the motion in compliance with this order will be deemed as consent to a summary grant of the motion, and may result in the imposition of a default judgment against him; and
4. Plaintiff shall promptly serve a copy of this order on Defendant at Defendant's last-known address, and file a proof of service with the court.

Dated: May 2, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4, dozi0759.23

2