

# NOTICE OF DISHONOR

Notice Date: Day: Twenty-one    Month: Six    Year: 2024 C.E.

LAW OFFICE OF RICK MORIN
Richard Morin
500 Newport Center Drive, Suite 610
Newport Beach, California 92660

FILED

JUN 24 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

**PLEASE TAKE NOTICE** that instrument "**NON-NEGOTIABLE NOTICE OF ACCEPTANCE**," dated Day Seven Month Six Year 2024 C.E., in reply to your Presentments "LAW OFFICE OF **RICK MORIN** Richard Morin (SBN 285275) Law Office of Rick Morin, PC 500 Newport Center Drive Suite 610 Newport Beach, CA 92660 Attorney for Plaintiff **UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA** Case No. 1:23-cv-00759-DAD-CKD **PLAINTIFF'S REPLY** 1 PLAINTIFF'S REPLY, LAW OFFICE OF **RICK MORIN** Respectfully submitted, Dated: May 30, 2024 Law Office of Rick Morin, PC Richard Morin Attorney for Plaintiff 2 PLAINTIFF'S REPLY, LAW OFFICE OF **RICK MORIN** Richard Morin (SBN 285275) Law Office of Rick Morin, PC 500 Newport Center Drive Suite 610 Newport Beach, CA 92660 Attorney for Plaintiff **UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA** Case No. 1:23-cv-00759-DAD-CKD **PROOF OF SERVICE** 1 PROOF OF SERVICE, LAW OFFICE OF **RICK MORIN** **PROOF OF SERVICE** Richard Morin 2 PROOF OF SERVICE" have been dishonored or have not been paid or accepted.

We intend to look to you for payment or performance.

Sincerely,

*Chi Mai*

Chi Mai
c/o 600 Evans Road
Milpitas, California

Sincerely,

*Kimhang Bui*

Kimhang Bui
c/o 600 Evans Road
Milpitas, California



# NOTICE OF DISHONOR

Notice Date: Day: Twenty-one      Month: Six      Year: 2024 C.E.

LAW OFFICE OF RICK MORIN  
Richard Morin  
500 Newport Center Drive, Suite 610  
Newport Beach, California 92660

cc: Lee Dozier, Plaintiff, c/o Richard Morin, Law Office of Rick Morin PC, 500 Newport Center Drive, Suite 610, Newport Beach, California 92660
cc: United States District Court Eastern District of California, 501 I Street, Sacramento, California 95814
cc: Honorable Judge Carolyn K. Delaney, Courtroom 24, 501 I Street, 8th Floor, Sacramento, California 95814
cc: Chief Judge Kimberly J. Mueller, United States District Court Eastern District of California, 501 I Street, Sacramento, California 95814
cc: Keith Holland, Clerk of Court, United States District Court Eastern District of California Sacramento Division, 501 I Street, Room 4-200, 4th Floor, Sacramento, California 95814



# NOTICE OF DISHONOR

Notice Date: Day: Twenty-one     Month: Six     Year: 2024 C.E.

LAW OFFICE OF RICK MORIN
Richard Morin
500 Newport Center Drive, Suite 610
Newport Beach, California 92660

**PLEASE TAKE NOTICE** that instrument "**NON-NEGOTIABLE NOTICE OF ACCEPTANCE**," dated Day Seven Month Six Year 2024 C.E., in reply to your Presentments "LAW OFFICE OF **RICK MORIN** Richard Morin (SBN 285275) Law Office of Rick Morin, PC 500 Newport Center Drive Suite 610 Newport Beach, CA 92660 Attorney for Plaintiff **UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA** Case No. 1:23-cv-00759-DAD-CKD **PLAINTIFF'S REPLY** 1 PLAINTIFF'S REPLY, LAW OFFICE OF **RICK MORIN** Respectfully submitted, Dated: May 30, 2024 Law Office of Rick Morin, PC Richard Morin Attorney for Plaintiff 2 PLAINTIFF'S REPLY, LAW OFFICE OF **RICK MORIN** Richard Morin (SBN 285275) Law Office of Rick Morin, PC 500 Newport Center Drive Suite 610 Newport Beach, CA 92660 Attorney for Plaintiff **UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA** Case No. 1:23-cv-00759-DAD-CKD **PROOF OF SERVICE** 1 PROOF OF SERVICE, LAW OFFICE OF **RICK MORIN PROOF OF SERVICE** Richard Morin 2 PROOF OF SERVICE" have been dishonored or have not been paid or accepted.

We intend to look to you for payment or performance.

Sincerely,

*Chi Mai*

Chi Mai
c/o 600 Evans Road
Milpitas, California

Sincerely,

*Kimhang Bui*

Kimhang Bui
c/o 600 Evans Road
Milpitas, California



# NOTICE OF DISHONOR

Notice Date: Day: Twenty-one      Month: Six      Year: 2024 C.E.

LAW OFFICE OF RICK MORIN
Richard Morin
500 Newport Center Drive, Suite 610
Newport Beach, California 92660

cc: Lee Dozier, Plaintiff, c/o Richard Morin, Law Office of Rick Morin PC, 500 Newport Center Drive, Suite 610, Newport Beach, California 92660
cc: United States District Court Eastern District of California, 501 I Street, Sacramento, California 95814
cc: Honorable Judge Carolyn K. Delaney, Courtroom 24, 501 I Street, 8th Floor, Sacramento, California 95814
cc: Chief Judge Kimberly J. Mueller, United States District Court Eastern District of California, 501 I Street, Sacramento, California 95814
cc: Keith Holland, Clerk of Court, United States District Court Eastern District of California Sacramento Division, 501 I Street, Room 4-200, 4th Floor, Sacramento, California 95814