UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE DOZIER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHI MAI,<br><br>　　　　　Defendant. | No. 1:23-cv-00759-DAD-CKD (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br><br>(Doc. Nos. 18, 43) |

　　　　On May 16, 2023, plaintiff Lee Dozier filed this civil action alleging violations of the Americans with Disabilities Act against defendants Chi Mai and Hang Bui. (Doc. No. 1.) Plaintiff voluntarily dismissed defendant Hang Bui, leaving defendant Chi Mai as the only remaining defendant in this action. (Doc. Nos. 17, 20.)

　　　　The Clerk of the Court entered default as defendant Chi Mai because that defendant was served with the summons and complaint but did not file an answer, responsive pleading, or otherwise appeared in this action. (Doc. Nos. 12, 13, 15.) On January 16, 2024, plaintiff filed the pending motion for default judgment. (Doc. No. 18.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 302.

　　　　On June 17, 2024, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for default judgment be granted. (Doc. No. 43.) The findings and recommendations provided that any objections thereto were to be filed within

1

fourteen (14) days.  (*Id.* at 11.)  To date, no objections have been filed and the time for doing so has now passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court conducted a *de novo* review of the case.  Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on June 17, 2024 (Doc. No. 43) are adopted in full;
2. Plaintiff's motion for default judgment against defendants (Doc. No. 18) is granted;
3. Default judgment is entered in favor of plaintiff and against defendant Chi Mai in the amount of $13,290 (comprising $8,000 in statutory damages and $4,200 in attorney's fees and costs, along with $1,090 in filing fees and costs);
4. Defendants shall make changes and accommodations at the subject property Del Taco, located at 1601 Standiford in Modesto, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines no later than six months from the date of this order; and
5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **July 11, 2024**                          *Dale A. Drozd*
                                        DALE A. DROZD
                                        UNITED STATES DISTRICT JUDGE

---

[1] Defendant Chi Mai filed purported "notices of acceptance" on June 24, 2024 and July 3, 2024, but neither of those filings include any objections to the pending findings and recommendations.  (Doc. Nos. 44, 45.)

2