# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**LEE DOZIER,**

CASE NO: **1:23–CV–00759–DAD–CKD**

v.

**CHI MAI, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 7/12/24**

**Keith Holland**
Clerk of Court

ENTERED: **July 12, 2024**

by: /s/ A. Kastilahn
Deputy Clerk